UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cassiopeia IP LLC,<br><br>            Plaintiff,<br><br> v.<br><br>Epson America, Inc.,<br><br>            Defendant. | Case No. 2:19-cv-09323-AB-MRWx<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

The Court's Order to Show Cause is discharged.

Dated: January 28, 2020  _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE